1  Michael J. Keenan (SBN: 003425)
   WARD, KEENAN & BARRETT, P.C.
2  3838 North Central Avenue, Suite 1720
   Phoenix, Arizona 85012
3  Tel: (602) 279-1717
   Fax: (602) 279-8908
4  Email: mkeenan@wardkeenanbarrett.com
   Attorney for Defendants Johnston and Palmer
5

6             **SUPERIOR COURT OF ARIZONA**
              **IN AND FOR THE COUNTY OF MARICOPA**
7

8  JOHN GILDING, a married man,                | CASE NO. CV2007-016329
                                                |
9           Plaintiff,                          | DEFENDANTS JOHNSTON AND
                                                | PALMERS' JOINDER IN
10     v.                                       | DEFENDANT NATCA AND
                                                | GHAFFARI'S MOTION FOR ENTRY
11 JOHN S. CARR, a married man, et.al.          | OF A FINAL JUDGMENT AND AN
                                                | ORDER CERTIFYING AS FINAL
12         Defendants.                          | RULINGS OF THE COURT THE
                                                | MINUTE ENTRIES OF JULY 9 AND
13                                              | OCTOBER 15, 2010
14
                                                | (Assigned to the Honorable Dean M.
15                                              | Fink)
16
17
18 ─────────────────────────────────

19     Pursuant to Arizona Rules of Civil Procedure 54(b), defendants Jerry and Ellen Johnston

20 and Stephen and Lori Palmer, hereby move for entry of final judgment and an order certifying as

21 final the rulings of the Court dated July 9 and October 15, 2010. Defendants Johnston and

22 Palmer hereby join in and incorporate by this reference the motion of NATCA and Ghaffari filed

23 on May 20, 2011.

24     In addition to the facts and arguments presented by NATCA and Ghaffari, Johnston and

25 Palmer offer the following.
26
27
28

By order dated July 8, 2010, the Court granted Johnston and Palmers' Motion for Summary Judgment in its entirety. All claims against Johnston and Palmer were dismissed by the Court. The Court has broad discretion to enter final judgment in cases such as this in which all claims against parties to the litigation have been dismissed. *GM Development Corporation v. Community Mortgage Corporation*, 165 Ariz. 1, 9, 795 P. 2d 827 (App. 1990) ("Rule 54(b) allows the trial court when presented with multiple claims or multiple parties, to enter final judgment as to one or more, but fewer than all of the claims or parties."). Courts should avoid situations in which courts of appeals are likely to have to decide the same issues in two or more appeals. Id. at p.9, citing *Continental Casualty v. Superior Court*, 130 Ariz. 189, 191, 635 P. 2d 174, 176 (1981).

In its October 13th ruling denying plaintiff's motion for a new trial, the Court noted that the remaining issues for trial are very narrow, "accordingly, the Court ruled that, with the single exception of the statement about Mr. Gilding causing the death of Ms. Peterson, everything published about him in Mr. Carr's blog, based as it was on an EEOC finding adverse to Mr. Gilding, was protected and non-defamatory. . . . Mr. Gilding makes no showing that [the "NATCA defendants"] had anything to do with the accusation about Ms. Peterson's death." Ruling at p. 2. The Court properly concluded that there is no evidence that Palmer or Johnston had any role in publishing the statement concerning Ms. Peterson's death. Thus, there is little likelihood that a court of appeals would have to decide the same issues twice if the Court were to enter final judgment for Johnston and Palmer.

Therefore, because there is no just reason for delay in the entry of final judgment, Defendants Johnston and Palmer respectfully request that the Court grant the motion and enter final judgment in their favour.

2

One further point should be made. On October 20, 2010, Plaintiff filed a "Motion for Rule 54(b) Finding as to This Court's Rulings July 9, 2010 and October 15, 2010." That motion was filed together with a motion to stay the proceedings pending the outcome of an appeal. On the same day, Plaintiff filed a notice of appeal relating to the Court's rulings of July 9 and October 15.

By order dated December 9, 2010, the Court declined to rule on Plaintiff's motion for Rule 54(b) judgment because the pending appeal relieved the Court of jurisdiction to decide the motion. The Court of Appeal dismissed the appeal on February 1, and the matter is now ripe for a decision from this Court. Plaintiff has not withdrawn the motion. However, Plaintiff has declined to join in the motions for Rule 54(b) relief filed by Defendants NATCA, Ghaffari, Johnston and Palmer.

This is clearly a situation in which the Court should exercise its discretion and enter final judgment for Johnston and Palmer. A form of order has been submitted herewith.

RESPECTFULLY SUBMITTED this 23rd day of May, 2011.

S/ MICHAEL J. KEENAN
Michael J. Keenan (SBN: 003425)
WARD, KEENAN & BARRETT, P.C.
3838 North Central Avenue, Suite 1720
Phoenix, Arizona  85012

Original of the foregoing
Efiled with the Clerk of
Superior Court this 23rd
Day of May, 2011.

Foregoing emailed this
23rd day of May, 2011 to
Hon. Dean M. Fink.

Copies of the foregoing
Emailed this 23rd day of
May, 2011, to:

1  Michael W. Pearson
   CURRY, PEARSON & WOOTEN, PLC
2  814 W. Roosevelt Street
   Phoenix, Arizona 85007
3  Attorneys for Plaintiff

4  Kraig J. Marton
   David N. Farrin
5  JABURG & WILK, P.C.
   3200 N. Central Avenue
6  Suite 2000
   Phoenix, Arizona 85012
7  Attorneys for Defendant John S. Carr
   Attorneys for Defendants Robert and Jane Doe Marks
8
   Paul F. Eckstein
9  PERKINS COIE BROWN & BAIN, P.A.
   2901 N. Central Avenue
10 20th Floor
11 Phoenix, AZ 85001-0400

12 Marguerite L. Graf, Esq.
   Ryan S. Smith, Esq.
13 National Air Traffic Controllers Association
   1325 Massachusetts Avenue, N.W.
14 Washington, DC 20005

15
   William Osborne
16 OSBORNE LAW OFFICES, P.C.
   4301 Connecticut Avenue, N.W
17 Suite 108
   Washington, DC 20008
18

19 S/Sally Thiffault

20

21

22

23

24

25

26

27

28