Andrew J. Kahn AZ. Bar #15835
Elizabeth A. Lawrence AZ Bar #201537
DAVIS COWELL & BOWE LLP
2401 North Central Avenue 2nd Floor
Phoenix, Arizona 85004
Telephone:   800-622-0641
Fax:   (602) 251-0459
Email: ajk@dcbsf.com
*Attorneys for Plaintiffs UFCW Local 99, McLaughlin and Colbath*

Gerald Barrett (SB#: 005855)
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012
Tel:  602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
*Attorneys Plaintiffs UA Local 469 And McNally*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS LOCAL 99; et.al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAN BREWER, in her capacity as Governor of the State of Arizona; et.al.,<br><br>Defendants. | Case No.: 2:11-cv-921-PHX-SRB<br><br>**MOTION FOR PRELIMINARY INJUNCTION, AND REQUEST FOR RULE 16 CONFERENCE** |

Pursuant to FRCP 65 (a), Plaintiffs, two Arizona based unions representing private sector employees, their respective chief executive officers and representative members respectfully request a preliminary injunction restraining defendants' enforcement of SB 1365 in its entirety, or at a minimum, as to Plaintiffs and their members covered by

existing contracts and by the National Labor Relations Act. This request is supported by a memorandum filed this day.

Pursuant to FRCP 16 (a), Plaintiffs further request entry of an order providing for a pretrial case management conference, at the Court's earliest convenience, to establish (1) whether an evidentiary hearing is necessary and, if so, a date for such hearing[1]; (2) a briefing schedule; and (3) a date for oral argument.  This request is made as SB 1365 formally becomes effective October 1, 2011, but will require substantial preparatory efforts.

Respectfully submitted this 23rd day of May 2011.

      DAVIS COWELL & BOWE

      By: S/ANDREW J. KAHN
      Andrew J. Kahn
      Elizabeth A. Lawrence
      *Attorneys for Plaintiffs UFCW Local 99, McLaughlin & Colbath*

      WARD KEENAN & BARRETT

      By: S/GERALD BARRETT
      Gerald Barrett #5835
      *Attorneys for Plaintiffs UA Local 469, McNally & Rothans*

---

[1] Plaintiffs believe the issues overwhelmingly are legal and hence no evidentiary hearing is needed.