Roopali H. Desai (024295)
Coppersmith Schermer & Brockelman PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-1009
Telephone: (602) 381-5478
Facsimile: (602) 772-3778
rdesai@csblaw.com

*Attorneys for Arizona Education Association; American Federation of State, County and Municipal Employees Locals 449, 2384, 2960, 3111, 3282*; *Arizona Federation of Teachers Union*; *Melissa England; Kerry-Lynn Scheffler; and Danielle Nowak*

Stanley Lubin (003074)
Lubin & Enoch P.C.
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
stan@lubinandenoch.com

*Attorneys for SEIU Local 5*

[Additional Attorneys for Proposed Intervenors Listed Below]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United Food & Commercial Workers Local 99; Local Union No. 469 of the United Association of Journeymen & Apprentices of the Plumbing & Pipefitting Industry of the United States & Canada; James McLaughlin; Phillip A. McNally, Jr.; Roberta Colbath; and David J. Rothans,<br><br>Plaintiffs,<br><br>and<br><br>Arizona Education Association; American Federation of State, County and Municipal Employees Local 449; American Federation of State, County and Municipal Employees Local 2384; American Federation of State, County and Municipal Employees Local 2960; American Federation of State, County and Municipal Employees Local 3111; | No. 2:11-cv-00921-SRB<br><br>**NOTICE OF CLAIM OF UNCONSTITUTIONALITY PURSUANT TO L.R.CIV. 24.1** |

|    |    |
|----|----|
| 1  | American Federation of State, County and Municipal Employees Local 3282; Arizona Federation of Teachers Union; Service Employees International Union, Local 5; Melissa England; Kerry-Lynn Scheffler; and Danielle Nowak, |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  | Plaintiff-Intervenors, |
| 6  | vs. |
| 7  | Janice Brewer, in her capacity as Governor of the State of Arizona; Thomas Horne, in his capacity as Attorney General of the State of Arizona; Ken Bennett, in his capacity as Secretary of State of the State of Arizona; Randall Maruca, in his capacity as Director of the Department of Labor of the Industrial Commission of Arizona; and Joe Arpaio, in his capacity as Sheriff of the County of Maricopa, |
| 8  |    |
| 9  |    |
| 10 |    |
| 11 |    |
| 12 |    |
| 13 | Defendants. |

Plaintiff-Intervenors Arizona Education Association, American Federation of State, County and Municipal Employees, Locals 449, 2384, 2960, 3111, and 3284, Arizona Federation of Teachers Union, Service Employees International Union Local 5, Melissa England, Kerry-Lynn Scheffler, and Danielle Nowak hereby submit this Notice of Claim of Unconstitutionality to Judge Susan R. Bolton pursuant to L.R.Civ. 24.1.  As required by L.R.Civ. 24.1, Plaintiff-Intervenors provide the following information:

   1.   Plaintiff-Intervenors are filing a Motion to Intervene as Plaintiffs and a Proposed Complaint in Intervention for Injunctive and Declaratory Relief concurrently with this notice.

   2.   Plaintiff-Intervenors question the constitutionality of Arizona Senate Bill 1363, S.B. 1363, 50th leg., 1st Reg. Sess. (Ariz. 2011), and Arizona Senate Bill 1365, S.B. 1365, 50th leg., 1st Reg. Sess. (Ariz. 2011).

   3.   Plaintiff-Intervenors assert that Arizona Senate Bill 1363 violates the United States Constitution and is invalid for the following reasons:  (1) it constitutes

1

content and viewpoint discrimination in violation of the First Amendment; (2) it is overly broad in violation of the First Amendment; (3) it constitutes a prior restraint in violation of the First Amendment; (4) it is a restriction on speech in a public forum in violation of the First Amendment; (5) it violates the Equal Protection Clause of the Fourteenth Amendment; (6) it is excessively vague in violation of the Due Process Clause of the Fourteenth Amendment; and (7) it is preempted by Federal labor law and violates Article VI of the United States Constitution.

4. Plaintiff-Intervenors assert that Arizona Senate Bill 1365 violates the United States Constitution and is invalid for the following reasons: (1) it constitutes discrimination in violation of the First Amendment; (2) it violates the Equal Protection Clause of the Fourteenth Amendment; (3) it is excessively vague in violation of the Due Process Clause of the Fourteenth Amendment; (4) it is overly broad in violation of the First Amendment; (5) it imposes unconstitutional conditions in violation of the First Amendment; (6) it impairs contracts in violation of Article of the United States Constitution; (7) it is preempted by the Federal Election Campaign Act and violates Article VI of the United States Constitution.

Respectfully submitted this 23rd day of May, 2011.

Coppersmith Schermer & Brockelman PLC

By  s/ Roopali H. Desai
       Roopali H. Desai

*Attorneys for Arizona Education Association; American Federation of State, County and Municipal Employees Locals 449, 2384, 2960, 3111, 3282; Arizona Federation of Teachers Union; Melissa England; Kerry-Lynn Scheffler; and Danielle Nowak*

- and -

2

Alice Finn Gartell (012720)
Samantha Blevins (020381)
Arizona Education Association
345 East Palm Lane
Phoenix, AZ 85004
(602) 264-1774 Telephone
(602) 240-6887 Facsimile
alice.gartell@arizonaea.org
samantha.blevins@arizonaea.org

Alice O'Brien (*pro hac vice* pending)
Jason Walta (*pro hac vice* pending)
National Education Association
1201 Sixteenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 822-7035
aobrien@nea.org
jwalta@nea.org

*Attorneys for Arizona Education Association; Melissa England; Kerry-Lynn Scheffler; and Danielle Nowak*

- and -

David Strom (*pro hac vice* pending)
American Federation of Teachers
555 New Jersey Avenue, NW
Washington, D.C. 20001
Telephone: (202) 879-4400
dstrom@aft.org

*Attorneys for Arizona Federation of Teachers Union*

- and -

Michael L. Artz
American Federation of State, County and Municipal Employees, AFL-CIO
1101 17th Street, Suite 900
Washington, D.C. 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
martz@afscme.org

*American Federation of State, County and Municipal Employees Locals 449, 2384, 2960, 3111, 3282*

3

                    - and -

                  Lubin & Enoch P.C.

                  By  s/ Stanley Lubin (w/permission)
                        Stanley Lubin

                    - and -

Michael Rubin (*pro hac vice* pending)
Jonathan Weissglass (*pro hac vice* pending)
Jennifer Sung (026119) (*pro hac vice* pending)
P. Casey Pitts (*pro hac vice* pending)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
mrubin@altshulerberzon.com
jweissglass@altshulerberzon.com
jsung@altshulerberzon.com
cpitts@altshulerberzon.com

*Attorneys for SEIU Local 5*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 23, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

                  s/  Sheri McAlister