Thomas C. Horne
Attorney General

Michael K. Goodwin, Bar No. 014446
Christopher Munns, Bar No. 022611
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone:  (602) 542-7674
Facsimile:   (602) 542-7644
Michael.Goodwin@azag.gov
ChristopherMunns@azag.gov

Attorneys for State Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Food & Commercial Workers Local 99; et al., | Case No: CV11-921-PHX-GMS |
| Plaintiffs, | **NOTICE OF SERVICE** |
| -and- | |
| Arizona Education Association, et al., | |
| Plaintiff-Intervenors, | |
| vs. | |
| Ken Bennett, in his capacity as Secretary of State of the State of Arizona, et al., | |
| Defendants. | |

The State Defendants, through undersigned counsel, hereby give notice that they served their Initial Disclosure Statement upon Plaintiffs and Plaintiff-Intervenors via email on December 2, 2011, and via U.S. mail on December 5, 2011.

Dated this 5th day of December, 2011.

                                    Thomas C. Horne
                                    Attorney General

                                    s/Michael K. Goodwin
                                    Michael K. Goodwin
                                    Assistant Attorney General
                                    Attorneys for Defendants

| | |
|---|---|
| 1 | I certify that I electronically transmitted the attached document |
| 2 | to the Clerk's Office using the CM/ECF System for filing and |
| 3 | transmittal of a Notice of Electronic Filing to the following, if CM/ECF |
| 4 | registrants, and mailed a copy of same to any non-registrants, this |
| 5 | 5th day of December, 2011, to: |
| 6 | Andrew J. Kahn<br>Elizabeth A. Lawrence |
| 7 | Davis Cowell & Bowe LLP<br>2401 N. Central Avenue, 2nd Floor |
| 8 | Phoenix, Arizona 85004<br>Attorneys for Plaintiffs UFCW Local 99, |
| 9 | McLaughlin and Colbath |
| 10 | Gerald Barrett<br>Ward, Keenan & Barrett, P.C. |
| 11 | 3838 N. Central Avenue, Suite 1720<br>Phoenix, Arizona 85012 |
| 12 | Attorneys for Plaintiffs UA Local 469<br>and McNally |
| 13 | |
| 14 | Jennifer Sung<br>Jonathan Weissglass<br>Michael Rubin |
| 15 | P. Casey Pitts<br>Altshuler Berzon LLP |
| 16 | 177 Post St., Ste. 300<br>San Francisco, California 94108 |
| 17 | Attorneys for Intervenor Plaintiff<br>Local 5 Service Employees International Union |
| 18 | |
| 19 | Stanley Lubin<br>Lubin & Enoch PC<br>349 N. 4th Avenue |
| 20 | Phoenix, Arizona 85003<br>Attorneys for Intervenor Plaintiff |
| 21 | Local 5 Service Employees International Union |
| 22 | Samantha Elizabeth Blevins<br>Arizona Education Association |
| 23 | 345 E. Palm Lane<br>Phoenix, Arizona 85004 |
| 24 | Attorneys for Intervenor Plaintiffs<br>Arizona Education Association, et al. |
| 25 | |
| 26 | Jason Walta<br>National Education Association<br>Office of General Counsel |
| 27 | 1201 16th St. NW, Ste. 820<br>Washington, DC 20036-3290 |
| 28 | Attorneys for Intervenor Plaintiffs<br>Arizona Education Association, et al. |

1. Roopali H. Desai
Coppersmith Schermer & Brockelman PLC
2800 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Attorneys for Intervenor Plaintiffs
Arizona Education Association, et al.

Jessica R. Robinson
AFSCME
1101 17th St. NW, Ste. 900
Washington, DC 20036
Attorneys for Intervenor Plaintiffs
Local 449 American Federation
of State, County and Municipal
Employees, et al.

Michael L. Artz
AFL-CIO
1101 17th St. NW, Ste. 900
Washington, DC 20036
Attorneys for Intervenor Plaintiffs
Local 449 American Federation
of State, County and Municipal
Employees, et al.

David J. Strom
American Federation of Teachers
555 New Jersey Ave. NW
Washington, DC 20001
Attorneys for Intervenor Plaintiff
Arizona Federation of Teachers Union

J. Scott Dutcher
Ann Thompson Uglietta
Maricopa County Attorney's Office
Civil Services Division
222 N. Central Avenue, Suite 1100
Phoenix, Arizona 85004
Attorneys for Joseph M. Arpaio

 s/Rebecca Warinner
Attorney General Secretary

#2487482

3