IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Food & Commercial Workers Local 99; et al.,<br><br>    Plaintiffs,<br><br>-and-<br><br>Arizona Education Association, et. al,<br><br>    Plaintiff-Intervenors,<br><br>vs.<br><br>Ken Bennett, in his capacity as Secretary of State of the State of Arizona; Joseph M. Arpaio, in his capacity as Sheriff of the County of Maricopa; and Thomas C. Horne, in his capacity as Attorney General of the State of Arizona,<br><br>    Defendants. | No. CV-11-921-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** setting a Status Conference on **Friday, June 1, 2012 at 2:00 p.m.** in **Courtroom 501**, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

DATED this 14th day of May, 2012.

*G. Murray Snow*
G. Murray Snow
United States District Judge