# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United Food & Commercial Workers Local 99, et al, <br>     Plaintiffs, <br><br> v. <br><br> Arizona Education Association, et al, <br>     Plaintiff-Intervenors, <br><br> Ken Bennett, in his capacity as Secretary of the State of Arizona, et al, <br>     Defendants, | **JUDGMENT IN A CIVIL CASE** <br><br> CIV 11-0921-PHX-GMS |

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Orders of March 29, 2013, resolving the case, and July 19, 2013, dismissing the remaining claims, judgment is hereby entered terminating this action.

  July   19,   2013              BRIAN  D.  KARTH
Date                                                     DCE/Clerk of Court

                                         .   s/   Ruth E. Williams
                                         By     Ruth E. Williams
                                                  Deputy Clerk